FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 0 8 2016

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TENA BROOKS                                                PLAINTIFF

VS.                     NO. 4:16CV0130-JM

RYANN HERMAN; C.R. ENGLAND, INC.;
C.R. ENGLAND d/b/a ENGLAND CARRIER
SERVICES, ECS, PREMIER TRUCK DRIVING
SCHOOL; C.R. ENGLAND AND SONS, INC.;
C.R. ENGLAND d/b/a PREMIER TRUCK
DRIVING SCHOOL; JOHN DOES Nos. 1 and 2;
JOHN DOE ENTITIES Nos. 1 and 2                             DEFENDANTS

This case assigned to District Judge Moody
and to Magistrate Judge Deere

## NOTICE OF REMOVAL

Defendants RyAnn Herman (incorrectly named in the Complaint as "Ryann Herman") and C.R. England, Inc., hereby give notice that the case of Tena Brooks vs. Ryann Herman; C.R. England, Inc.; C.R. England d/b/a England Carrier Services, ECS, Premier Truck Driving School; C.R. England and Sons, Inc.; C.R. England d/b/a Premier Truck Driving School; John Does Nos. 1 and 2; John Doe Entities Nos. 1 and 2, which was pending before the Circuit Court of White County, Arkansas (Case No.73CV-15-592), has been removed to the United States District Court for the Eastern District of Arkansas, Western Division, pursuant to 28 U.S.C. §§ 1332, 1441(b) and 1446, and state:

1.      Plaintiff Tena Brooks ("Plaintiff"), commenced this action on December 15, 2015, against Ryann (sic) Herman, C.R. England, Inc., and various nominal or fictitious/"John Doe" entities in the Circuit Court of White County, Arkansas, Civil

1299510-v1

Division.  Pursuant to 28 U.S.C. § 1446(a) a copy of Plaintiff's Complaint and Summons (which were served on C.R. England, Inc., on February 9, 2016, and which constitute all process, pleadings, and orders that C. R. England, Inc., and RyAnn Herman have received) is attached hereto as Exhibit 1.

2.      The Plaintiff alleges in her Complaint that her claims arise out of a motor vehicle collision that occurred on December 18, 2012, in White County, Arkansas.  Exhibit 1, Complaint at ¶ 12.

3.      Plaintiff further claims that RyAnn Herman and C.R. England, Inc., are liable to Plaintiff for damages purportedly sustained in the accident. Exhibit 1, Complaint at ¶27.[1]

4.      The Plaintiff alleges damages "in excess of that required for federal court jurisdiction in diversity of citizenship cases." Exhibit 1, Complaint at ¶ 34. The Plaintiff is, and at the time of the accident was, a citizen of Arkansas. Defendants RyAnn Herman and C.R. England, Inc. are, and at the time of the accident were, citizens of Michigan and Utah, respectively.  Thus, complete diversity of citizenship exists.

5.      Since the amount in controversy (exclusive of interest, costs, and fees) exceeds $75,000, this Court has subject matter jurisdiction over this matter

---

[1] Plaintiff's Complaint lists various "John Doe" entities as well as numerous fictitious business-type names, none of which is an actual corporate or other viable business entity or natural person that would be subject to suit and none of which has been served. To the extent that any of the names pertains to a viable entity, it would be no more than a nominal defendant. As such, only RyAnn Herman and C.R. England, Inc., are required to formally join in on this removal.

pursuant to 28 U.S.C. § 1332 and, therefore, this action is properly removable to federal court pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446.

6. In accordance with 28 U.S.C. § 1446(b)(1), this Notice of Removal is filed within thirty (30) days of service of the Complaint upon Defendant C.R. England, Inc., which is the only Defendant to have been served.

7. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because the United States District Court for the Eastern District of Arkansas, Western Division, embraces the Circuit Court of White County, Arkansas, where this action was first filed.

8. Pursuant to 28 U.S.C. § 1446(d), a copy of this notice, without exhibits, will be promptly filed with the Clerk of the Circuit Court of White County, Arkansas, where this action was originally filed.

9. The undersigned states that this removal is well-grounded in fact, is warranted by existing law, and is not interposed for an improper purpose.

WHEREFORE, Defendants RyAnn Herman and C.R. England, Inc., remove this state court action from the Circuit Court of White County, Arkansas, to this Court, and requests that this Court take jurisdiction of this civil action to the exclusion of any further proceedings in the state court.

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: gjones@wlj.com

By /s/ Gregory T. Jones
Gregory T. Jones (83097)
Attorneys for Defendants RyAnn Herman
and C.R. England, Inc.

## CERTIFICATE OF SERVICE

On March __8__, 2016, a copy of the foregoing was served by first-class mail on Mr. Rob Beard, Rainwater, Holt & Sexton, P.A., P.O. Box 17250, Little Rock, AR 72222.

/s/ Greg Jones
Greg Jones

EXHIBIT 1

1299510-v1

IN THE CIRCUIT COURT OF WHITE COUNTY, ARKANSAS
CIVIL DIVISION
First

TENA BROOKS                                                            PLAINTIFF

VS.                            NO. 73CV15-592

RYANN HERMAN; C.R. ENGLAND,                      DEFENDANTS
INC.; C.R. ENGLAND d/b/a
ENGLAND CARRIER SERVICES,
ECS, PREMIER TRUCK DRIVING
SCHOOL; C.R. ENGLAND AND
SONS, INC.; C.R. ENGLAND d/b/a
PREMIER TRUCK DRIVING
SCHOOL; JOHN DOES Nos. 1 and 2;
JOHN DOE ENTITIES Nos. 1 and 2



### COMPLAINT

COMES NOW the Plaintiff, Tena Brooks, by and through her attorneys, RAINWATER, HOLT & SEXTON, P.A., and for her Complaint against the Defendants, states and alleges the following:

### I. RESIDENCY & PARTIES

1. Plaintiff Tena Brooks was at all times relevant a citizen and resident of Searcy, White County, Arkansas.

2. Defendant Ryann Herman was at all times relevant a resident of Suttons Bay, Leelanau County, Michigan. Her addresses are P.O. Box 135 and 2000, S.C. Hwy, Suttons Bay, Michigan, 49682-0135.

3. Defendant C.R. England, Inc. in Arkansas is a Foreign For Profit Corporation who was doing business in Arkansas. Its registered agent for service is Leon Prickett Jr., located at 3221 E. Broadway, North Little Rock, Arkansas 72114.

4. Defendant C.R. England, Inc. d/b/a England Carrier Services, ECS, Premier Truck Driving School, and C.R. England and Sons, Inc. is a domestic corporation incorporated in Utah with its principal place of business at 4701 W 2100 S, Salt Lake City, Utah, 84120. In Utah, C.R. England, Inc.'s Registered Agent for service is C T Corporation System located at 1108 E South Union Ave, Midvale, Utah, 84047.

5. Defendant C.R. England, Inc. in Indiana is a Foreign For-Profit Corporation who is

doing business in Indiana. Its registered agent for service is CT Corporation System located at 150 West Market Street, Suite 800, Indianapolis, Indiana, 46204. It also does business as C.R. England, Inc., d/b/a Premier Truck Driving School.

6. The residencies of Defendants John Does Numbers 1 and 2 remain unknown.

7. The residencies of Defendants John Doe Entities Numbers 1 and 2 remain unknown.

8. Plaintiff's counsel executed a "John Doe Affidavit" in accordance with A.C.A. §16-56-125 and it is attached hereto.

9. The incident giving rise to Plaintiff's Complaint occurred in Beebe, White County, Arkansas.

## II. JURISDICTION AND VENUE

10. This Court has jurisdiction pursuant to Ark. Code Ann. § 16-13-201(a), which provides that circuit courts shall have original jurisdiction of all actions and proceedings for the redress of civil grievances except where exclusive jurisdiction is given to other courts.

11. Venue is proper pursuant to Ark. Code Ann. § 16-60-101, which provides that all actions for damages for personal injury may be brought in the county where the collision occurred which caused the injury or in the county where the person injured resided at the time of the injury.

## III. BASIC PREMISE

12. This is a negligence case which arises from a motor vehicle collision that occurred on December 18, 2012, on U.S. Highway 67 in White County, Arkansas.

## IV. FACTS

13. On or about December 18, 2012, at approximately 4:41a.m., Ms. Brooks was traveling South, in a 2006 Buick van.

14. Moments before Ms. Brooks reached the scene of the incident, Defendant Herman was traveling South, in a 2013 Freightliner diesel tractor truck owned by the C.R. England, Inc. Defendants.

15. Defendant Herman fell asleep at the wheel and lost control of her vehicle which then

2

traveled off the right shoulder of the roadway which caused Ms. Herman to over-correct the truck.

16. After Defendant Herman over-corrected the steering, the truck overturned and slid on its right side until it came to a final rest facing east.

17. Defendant Herman's truck came to rest blocking both southbound lanes facing east and west.

18. The truck was transporting a load of cooking oil which spilled along the roadway and median after the trailer broke apart during the wreck.

19. Defendant Herman stated that she fell asleep which caused her to lose control of her vehicle.

20. While Defendant Herman's vehicle was laying across the southbound lanes, Plaintiff attempted to avoid a collision with the vehicle but struck the undercarriage part of the truck that was facing east in the median on its side.

21. As a result of the collision, Ms. Brooks sustained personal injuries and damages.

## V. CAUSE OF ACTION NO. ONE - NEGLIGENCE OF RYANN HERMAN

22. All of the allegations previously plead herein are re-alleged as though stated word-for-word.

23. Defendant Herman was negligent in the following particulars:

(a) Driving in such a careless manner as to evidence a failure to keep a proper lookout for other traffic, in violation of Ark. Code Ann. § 27-51-104(a);

(b) Driving in such a careless manner as to evidence a failure to maintain proper control, in violation of Ark. Code Ann. § 27-51-104(a), (b)(6) & (b)(8);

(c) Driving at a speed greater than was reasonable and prudent under the conditions and having regard to the actual and potential hazards then existing, in violation of Ark. Code Ann. § 27-51-201(a)(1);

(d) Operating a vehicle in such a manner which would cause a failure to maintain control, in violation of Ark. Code Ann. § 27-51-104(b)(6);

(e) Driving in a manner that was inattentive and such inattention was not reasonable and prudent in maintaining vehicular control, in violation of Ark. Code Ann. § 27-51-104(b)(8);

(f) Failing to keep her vehicle under control, in violation of the common law of

3

Arkansas;

(g) Failing to drive at a speed no greater than was reasonable and prudent under the circumstances, having due regard for any actual or potential hazards, in violation of the common law of Arkansas;

(h) Otherwise failing to exercise ordinary care under the circumstances.

## VI. CAUSE OF ACTION NO. TWO - RESPONDEAT SUPERIOR LIABILITY

24. All C.R. England, Inc. Defendants, John Does Nos. 1 and 2, and John Doe Entities Nos. 1 and 2 are responsible and vicariously liable for the negligence of their employee/agent (Ryann Herman) under the legal doctrines of joint enterprise, *respondeat superior liability*, and/or the principles of agency as adopted in the State of Arkansas.

25. The negligence of Defendant Ryann Herman is imputed to the C.R. England, Inc. Defendants as a matter of law, and/or one or more of the John Does and/or John Doe Entities.

## VII. PROXIMATE CAUSATION

26. All of the allegations previously plead herein are re-alleged as though stated word-for-word.

27. The Defendants' negligence proximately caused the collision described herein and the injuries and damages sustained by Plaintiff.

## VIII. INJURIES AND COMPENSATORY DAMAGES

28. All of the allegations previously plead herein are re-alleged as though stated word-for-word.

29. Ms. Brooks sustained personal injuries and damages as a result of the collision.

30. Ms. Brooks is entitled to the following damages:

(a) the nature, extent, duration, and permanency of her injuries;

(b) the full extent of the injuries she sustained;

(c) the expense of her medical care, treatment and services received, including transportation, board and lodging expenses and those expenses that are reasonably certain to be required in the future;

(d) any pain, suffering and mental anguish experienced in the past and reasonably certain to be experienced in the future;

4

  (e)  the value of any earnings, earning capacity, profits, or salary lost in the past and that are reasonably certain to be lost in the future;

  (f)  the visible results of her injuries; and,

  (g)  any property damages she sustained.

31. The injuries and damages described herein have been suffered in the past and will be continuing in the future.

## IX. PUNITIVE DAMAGES

32. Defendant Herman knew or ought to have known, in the light of the surrounding circumstances, that driving while she was tired enough to fall asleep would naturally and probably result in damage or injury to others and that she continued such conduct in reckless disregard of the consequences from which malice may be inferred.

## X. DEMAND FOR JURY TRIAL

33. Ms. Brooks hereby demands a trial by jury.

## XI. DEMAND & PRAYER

34. The Plaintiff demands judgment against the Defendants for a sum in excess of that required for federal court jurisdiction in diversity of citizenship cases and sufficient to fully compensate her for her damages.

35. The Plaintiff demands judgment against the Defendants for pre-judgment interest and post judgment interest at the maximum rate allowed by law; for reasonable expenses; costs; and for all other proper relief to which she may be entitled.

Respectfully Submitted,

Attorneys for Plaintiff

By: *[signature]*

Rob Beard (Ark. Bar No. 2002109)
RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
Little Rock, AR 72222
Telephone: (501) 868-2500
Telefax: (501) 868-2508

5

IN THE CIRCUIT COURT OF WHITE COUNTY, ARKANSAS
CIVIL DIVISION

**TENA BROOKS**                                                        **PLAINTIFF**

VS.                          NO. _____

**RYANN HERMAN; C.R. ENGLAND, INC.; C.R.
ENGLAND d/b/a ENGLAND CARRIER SERVICES,**      **DEFENDANTS**
**ECS, PREMIER TRUCK DRIVING SCHOOL; C.R.
ENGLAND AND SONS, INC.; C.R. ENGLAND d/b/a
PREMIER TRUCK DRIVING SCHOOL; JOHN DOES
Nos. 1 and 2; JOHN DOE ENTITIES Nos. 1 and 2**

STATE OF ARKANSAS )
                          ) ss:
COUNTY OF PULASKI )

Comes now Robert Beard, and states, upon oath, the following:

1. I represent Plaintiff Tena Brooks in the above matter.

2. Plaintiff Tena Brooks is seeking a judgment against unknown tortfeasors.

3. The names of the unknown tortfeasors in this action will be designated by the pseudo-names John Does Nos. 1 and 2 and John Doe Entities Nos. 1 and 2, and will be named as such in the Plaintiff's Complaint.

4. Upon determining the identity of John Does 1 and 2 and John Doe Entities 1 and 2, the Complaint will be amended by substituting the real name for the pseudo-name.

5. This affidavit is made pursuant to A.C.A. § 16-56-125.

_____
Robert Beard

Date 12/11/2015

SWORN AND SUBSCRIBED before me on the 11th, day of December, 2015.

_____
Notary Public

My commission expires:
Oct 25, 2016

THE CIRCUIT COURT OF WHITE COUNTY, ARKANSAS
CIVIL DIVISION

TENA BROOKS
Plaintiff

v.                                      No. 73CV-15-592

RYANN HERMAN; C.R. ENGLAND, INC.; C.R. ENGLAND d/b/a ENGLAND CARRIER
SERVICES, ECS, PREMIER TRUCK DRIVING SCHOOL; C.R. ENGLAND AND SONS,
INC.; C.R. ENGLAND d/b/a PREMIER TRUCK DRIVING SCHOOL; JOHN DOES Nos. 1 and
2; JOHN DOE ENTITIES Nos. 1 and 2
Defendants

SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**
C.R. England, Inc.                      [Defendant's name and address.]
c/o Leon Prickett Jr., Registered Agent
3221 E. Broadway,
North Little Rock, AR 72114

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Robert Beard, Rainwater, Holt & Sexton, P.A., P.O. Box 17250, Little Rock, AR 72222.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT

Address of Clerk's Office
~~300 N. Spruce Street~~ 301 W Arch
Searcy, AR 72143

Tami King
by: Michelle Buice
[Signature of Clerk or Deputy Clerk]

Date: 12-15-15

[SEAL]



No. _____ This summons is for _____ *(name of Defendant)*.

## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at _____ _____[place] on _____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by _____ _____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of abode at _____ [address] with _____[name], a person at least 14 years of age who resides there, on _____[date]; or

☐ I delivered the summons and complaint to _____[name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant] on _____[date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because: _____

_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____          SHERIFF OF _____ COUNTY, ARKANSAS

          By: _____
          [Signature of server]

          _____
          [Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____          By: _____
          [Signature of server]

          _____
          [Printed name]

Address: _____

     _____

Phone: _____

Subscribed and sworn to before me this date: _____

          _____
          Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____