IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TENA BROOKS                                                                                          PLAINTIFF

v.                                              NO. 4:16cv00130 JM

RYANN HERMAN, et al.                                                                            DEFENDANTS

## ORDER

The Court has been advised that the parties have reached an agreement in this case. The jury trial scheduled for April 10, 2017, is cancelled and this case is removed from the trial docket.

IT IS SO ORDERED this 17th day of February, 2017.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE