IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TENA BROOKS                                                                                      PLAINTIFF

VS.                                    NO. 4:16-cv-000130-JM

RYANN HERMAN; C.R. ENGLAND, INC.;
C.R. ENGLAND d/b/a ENGLAND CARRIER
SERVICES, ECS, PREMIER TRUCK DRIVING
SCHOOL; C.R. ENGLAND AND SONS, INC.;
C.R. ENGLAND d/b/a PREMIER TRUCK
DRIVING SCHOOL; JOHN DOES Nos. 1 and 2;
JOHN DOE ENTITIES Nos. 1 and 2                                         DEFENDANTS

## STIPULATION OF DISMISSAL

It is hereby stipulated by counsel that the complaint of plaintiff, including any and all claims stemming from the subject accident that were or that could have been raised therein against any party, person or entity, should be dismissed with prejudice, each party to bear its own costs and fees.

        RAINWATER, HOLT & SEXTON, P.A.
        P.O. Box 17250
        Little Rock, Arkansas  72222-7250
        (501) 868-2500
        EMAIL: beard@rainfirm.com


        By:   /s/ Robert L. Beard, Jr.
            Robert L. Beard, Jr. (ABN 2002109)
            Attorneys for Plaintiff

        WRIGHT, LINDSEY & JENNINGS LLP
        200 West Capitol Avenue, Suite 2300
        Little Rock, Arkansas 72201-3699
        (501) 371-0808
        EMAIL: gjones@wlj.com


        By:    /s/ Gregory T. Jones
            Gregory T. Jones (83097)
            Attorneys for Defendants Herman and
            C.R. England

1387325-v1