IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TENA BROOKS                                                                                      PLAINTIFF

VS.                                        NO. 4:16-cv-000130-JM

RYANN HERMAN; C.R. ENGLAND, INC.;
C.R. ENGLAND d/b/a ENGLAND CARRIER
SERVICES, ECS, PREMIER TRUCK DRIVING
SCHOOL; C.R. ENGLAND AND SONS, INC.;
C.R. ENGLAND d/b/a PREMIER TRUCK
DRIVING SCHOOL; JOHN DOES Nos. 1 and 2;
JOHN DOE ENTITIES Nos. 1 and 2                                                   DEFENDANTS

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal filed on behalf of Tena Brooks, RyAnn Herman and C.R. England, Inc., it is hereby ORDERED that the Complaint of Plaintiff, including any and all claims that were or that could have been raised therein, against any party, person or entity, shall be, and it is hereby, dismissed with prejudice, each party to bear its own costs and fees.

DATED this 28th day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
Little Rock, Arkansas  72222-7250
(501) 868-2500
EMAIL: beard@rainfirm.com


By:   /s/ Robert L. Beard, Jr.
       Robert L. Beard, Jr. (ABN 2002109)
       Attorneys for Plaintiff

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
EMAIL: gjones@wlj.com


By: /s/ Gregory T. Jones
    Gregory T. Jones (83097)
    Attorneys for Defendants Herman
    and C.R. England